JAMES H. HAYES et al., as Executors of WILLIAM D. N. PERINE, Deceased, Appellants, *v.* GEORGE A. WIGHTMAN, Respondent.

(Argued April 11, 1933; decided April 25, 1933.)

*James Henry Hayes* and *Alvah H. Combs* for appellants.
*Lloyd Paul Stryker* and *Harold Shapero* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.